FILED
2014 AUG 15 PM 4:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VIRGINIA NESTER and ROBERT SCOTT NESTER, INDIVIDUALLY and AS NEXT FRIEND OF C.N. AND S.N., MINORS | § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 1:13-CV-00920-LY JURY DEMANDED |
| TEXTRON, INC. d/b/a E-Z-GO, UNITED RENTALS, INC. f/k/a RSC HOLDINGS, INC. and/or RSC EQUIPMENT RENTAL, | § § § § § § | |
| Defendants. | § § | |

## ████████ SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following ████████ scheduling order.

IT IS ORDERED THAT:

1. The parties shall file all amended or supplemental pleadings on or before **DECEMBER 15, 2014** and shall join additional parties on or before **JULY 16, 2014**.

2. All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **DECEMBER 1, 2014**. Parties resisting claims for relief shall file and serve on all other

parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **FEBRUARY 4, 2015**. The designations of plaintiff's rebuttal experts shall be filed and served on defendants not later than 21 days of receipt of the initial report of the defendants' opposing experts, and the materials required by Federal Rule of Civil Procedure 26 (a)(2)(B) for such experts, to the extent not already served, shall be served, but not filed, on all other parties not later than 21 days of receipt of the initial report of the defendants' opposing expert. The designation of the defendants' expert witnesses in rebuttal to the plaintiffs opposing rebuttal experts shall be filed and served on all parties not later than 21 days of receipt of the rebuttal report of the opposing plaintiffs' rebuttal expert, and the materials required by Federal Rules of Civil Procedures 26(a)(2)(B) for such experts, to the extent not already served, shall be served, but not filed, on all other parties not later than 21 days of receipt of the rebuttal report of such plaintiff's opposing rebuttal expert.

3. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **OCTOBER 27, 2014**, and each opposing party shall respond, in writing, on or before **NOVEMBER 18, 2014**. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

4. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **FEBRUARY 3, 2015**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of

Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **May 8, 2015. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

6. The parties shall complete discovery on or before **MARCH 20, 2015**. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed and served on all other parties on or before **MAY 8, 2015** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days of the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 8. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

8. This case is set for final pretrial conference, in chambers, on the _25th_ day of _September_, 20_15_, at _3:00pm_ and _Jury_ trial in the month of _October_, 20_15_. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

SIGNED this __15__ day of __August__, 20__14__.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Sean E. Breen

_____
Sean E. Breen
Texas State Bar No. 00783715
sbreen@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
Phone: (512) 474-7300
Fax: (512) 474-8557

Craig A. Nevelow
Texas State Bar No. 14933580
CNevelow@w-g.com
221 West 6th Street, Suite 1800
Austin, Texas 78701
Phone: (512) 476-4600
Fax: (512) 476-5382

**ATTORNEYS FOR THE PLAINTIFFS**

/s/ Paul Clark Aspy

_____
Paul Clark Aspy
Texas State Bar No. 01394170
aspy@namanhowell.com
Naman Howell Smith & Lee
8310 Capital of Texas Highway, Suite 490
Austin, Texas 78731
Phone: (512) 479-0300
Fax: (512) 474-1901

**ATTORNEYS FOR UNITED RENTALS, INC.
F/N/A RSC HOLDINGS, INC. AND/OR
RSC EQUIPMENT RENTAL**

/s/ Dale Markland

---

DALE G. MARKLAND
State Bar No. 12988500
dmarkland@marklandhanley.com
TARA E. HANLEY
State Bar No. 00784205
thanley@marklandhanley.com
DELWIN E. HERVEY
State Bar No. 90001632
dhervey@marklandhanley.com
MARKLAND HANLEY L.L.P.
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201

(469) 341-3633  ph
(469) 341-3640  fax

Brittan L. Buchanan
Texas State Bar No. 03285680
bbuchanan@vbllp.com
Van Osselaer & Buchanan, LLP
0600 Great Hills Trail
Suite 300 West
Austin, Texas 78759
Phone: (512) 225-2822
Fax: (512) 225-2801

**ATTORNEYS FOR TEXTRON, INC.
D/B/A E-Z-GO**